UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LEE ROESSLER, | No. 2:19-cv-2422-EFB P |
| Petitioner, | |
| v. | ORDER |
| PATRICK COVELLO, | |
| Respondent. | |

Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On January 6, 2020, petitioner requested an extension of time in which to submit the filing fee for this action.

Good cause appearing, it is ORDERED that petitioner's request (ECF No. 6) is granted and petitioner has 30 days from the date this order is served to submit the filing fee or a completed application for leave to proceed in forma pauperis.

Dated: January 7, 2020.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE