UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LEE ROESSLER,<br><br>    Petitioner,<br><br>    v.<br><br>PATRICK COVELLO,<br><br>    Respondent. | No. 2:19-cv-2422-KJM-EFB P<br><br><br>ORDER |

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On May 4, 2020, petitioner requested an extension of time to file his opposition to respondent's March 20, 2020 motion to dismiss.

    Good cause appearing, it is ORDERED that petitioner's request (ECF No. 16) is granted and petitioner has 30 days from the date this order is served to file his opposition.

Dated:  May 6, 2020.

                                            EDMUND F. BRENNAN<br>                                            UNITED STATES MAGISTRATE JUDGE