1

2

3

4

5

6

7

8                                    UNITED STATES DISTRICT COURT

9                              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    MICHAEL LEE ROESSLER,                          No.  2:19-cv-2422-KJM-EFB P

12                    Petitioner,

13          v.                                        ORDER

14    PATRICK COVELLO,

15                    Respondent.

16

17          Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to

18    28 U.S.C. § 2254.  He has again requested an extension of time to file his opposition to

19    respondent's March 20, 2020 motion to dismiss and renewed his request for appointment of

20    counsel.  As petitioner was previously informed (ECF No. 19), there currently exists no absolute

21    right to appointment of counsel in habeas proceedings.  *See Nevius v. Sumner*, 105 F.3d 453, 460

22    (9th Cir. 1996).  The court may appoint counsel at any stage of the proceedings "if the interests of

23    justice so require."  *See* 18 U.S.C. § 3006A; *see also*, Rule 8(c), Rules Governing

24    § 2254 Cases.  The court does not find that the interests of justice would be served by the

25    appointment of counsel at this stage of the proceedings.  The court will, however, again grant an

26    extension of time.

27    /////

28    /////

Accordingly, it is ORDERED that petitioner's request for appointment of counsel (ECF No. 20) is denied without prejudice, but his request for extension of time (ECF No. 20) is granted. Petitioner shall file his opposition to the March 20, 2020 motion to dismiss within thirty days from the date of service of this order.

Dated: July 20, 2020.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE