UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LEE ROESSLER,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>PATRICK COVELLO,<br><br>　　　　　Respondent. | Case No.　2:19-cv-02422-KJM-JDP (HC)<br><br>ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND FAILURE TO COMPLY WITH COURT ORDERS<br><br>ECF No. 13<br><br>RESPONSE DUE WITHIN FOURTEEN DAYS |

　　　　On March 20, 2020, respondent filed a motion to dismiss this case. ECF No. 13. After petitioner failed to timely respond to the motion, the court directed him to file an opposition or statement of non-opposition by no later than May 11, 2020. ECF No. 15. Thereafter, petitioner was granted six extensions of time to file a response to the pending motion, with the most recent extension granting petitioner until December 14, 2020 to file his response. ECF Nos. 17, 19, 21, 23, 25, 28. Despite the numerous extensions, petitioner has not filed an opposition or statement of non-opposition to respondent's motion.

　　　　To manage its docket effectively, the court imposes deadlines on litigants and requires litigants to meet those deadlines. The court may dismiss a case for petitioner's failure to prosecute or failure to comply with its orders or local rules. *See* Fed. R. Civ. P. 41(b); *Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005); *Carey v. King*, 856

1

F.2d 1439, 1440-41 (9th Cir. 1988).  Involuntary dismissal is a harsh penalty, but a district court has a duty to administer justice expeditiously and avoid needless burden for the parties.  *See Pagtalunan v. Galaza*, 291 F.3d 639, 642 (9th Cir. 2002); Fed. R. Civ. P. 1.

Petitioner will be given a chance to explain why the court should not dismiss the case for his failure to prosecute and failure to comply with court orders.  Petitioner's failure to respond to this order will constitute an additional failure to comply with a court order and will result in a recommendation that this action be dismissed.  Accordingly, petitioner is ordered to show cause within fourteen days why this case should not be dismissed for failure to prosecute and failure to comply with court orders.  Should petitioner wish to continue with this lawsuit, he shall, within fourteen days, file an opposition or statement of opposition to respondent's motion.

IT IS SO ORDERED.

Dated:   January 19, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2