IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Michael Lee Roessler,

v.

Patrick Covello,

Case №: 2:19-cv-02422-KJM

**O R D E R
APPOINTING COUNSEL**

Petitioner has satisfied this Court that he is financially unable to obtain counsel and wishes counsel be appointed to represent him for a limited appointment. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED Mark Eibert is appointed to represent petitioner in this case effective *nunc pro tunc* to April 7, 2021 for the limited purpose of preparing petitioner's response to the motion to dismiss filed at ECF No. 13.

This appointment shall remain in effect until further order of this court.

DATED: 4/15/2021

CHIEF UNITED STATES DISTRICT JUDGE