UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LEE ROESSLER,<br><br>      Petitioner,<br><br>    v.<br><br>PATRICK COVELLO,<br><br>      Respondent. | Case No.  2:19-cv-02422-KJM-JDP (HC)<br><br>ORDER SETTING A BRIEFING SCHEDULING FOR DEFENDANT'S MOTION TO DISMISS AND DENYING PLAINTIFF'S MOTION FOR A STAY<br><br>ECF No. 13, 30 |

      Respondent has moved to dismiss this habeas action for petitioner's failure to exhaust his state court remedies.  ECF No. 13.  After receiving several extensions of time to file an opposition to respondent's motion, petitioner moved to stay this action until his state court actions are fully adjudicated.  ECF No. 31.  Thereafter, the court appointed petitioner counsel for the limited purpose of preparing a response to the pending motion to dismiss.  In light of that appointment, the court will set a briefing scheduling for the pending motion to dismiss and deny without prejudice petitioner's motion to stay.  If counsel believes that a stay of this action is appropriate, he may file a renewed motion to stay together with petitioner's response to the motion to dismiss.

      Accordingly, it is hereby ORDERED that:

      1. Petitioner's motion to stay, ECF No. 30, is denied without prejudice.

1

      2. By no later than May 14, 2021, petitioner shall file an opposition or statement of non-opposition to respondent's motion to dismiss.

      3. Respondent may file a reply to petitioner's opposition, if any, on or before May 21, 2021.

IT IS SO ORDERED.

Dated:   April 22, 2021                            _____
                                                             JEREMY D. PETERSON
                                                             UNITED STATES MAGISTRATE JUDGE