1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    MICHAEL LEE ROESSLER,                    Case No. 2:19-cv-02422-KJM-JDP (HC)

12                    Petitioner,              ORDER EXPANDING MARK DONALD'S
                                               APPOINTMENT OF COUNSEL AND
13          v.                                 DIRECTING PETITION TO FILE A MOTION
                                               TO STAY
14    PATRICK COVELLO,

15                    Respondent.

16

17          Pursuant to the court's September 28, 2021 order, attorney Mark Donald's appointment to

18    represent petitioner is expanded to include all further pretrial proceedings.  This appointment

19    shall remain in effect until further order of this court.  Within thirty days of the date of this order,

20    petitioner shall file a motion to stay this proceeding pending the resolution of his state court

21    proceedings.[1]

22

23    IT IS SO ORDERED.

24

      Dated:    October 22, 2021

25                                             _____
                                               JEREMY D. PETERSON
26                                             UNITED STATES MAGISTRATE JUDGE

27    _____

            [1]  As noted in the court's September 28 order, counsel should consider clarify, in the
28    motion to stay, the timeline of petitioner's state court proceedings and how those proceedings
      impact the finality of petitioner's judgment and sentence.  *See* ECF No. 43 at 2 n.1.

                                                  1